No. 41555.—Protests 521410–G, etc., of F. Ducasse & Son (New York).

Opinion by BROWN, J. On the authority of *Neuman* v. *United States* (24 C. C. P. A. 127, T. D. 48606) and *Wile* v. *United States* (T. D. 49494) Madeira, Bercy, Bordelaise, and Newburgh wine sauces were held dutiable at 35 percent under paragraph 775. Sullivan, J., concurred.

McCLELLAND, P. J., said: "I cannot concur in the conclusion reached by Judge Brown for the reason that I am convinced that wine with a small percentage of salt added is not a sauce within either the common or commercial meaning of the term as used in paragraph 775 of the Tariff Act of 1930."